NOT RECOMMENDED FOR FULL-TEXT PUBLICATION
File Name: 17a0381n.06

No. 16-3936

UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

FILED
Jun 28, 2017
DEBORAH S. HUNT, Clerk

| | |
|---|---|
| RICK A. SLORP, | ) |
| | ) |
|     Plaintiff-Appellant, | ) |
| | ) |
| v. | ) |
| | ) |
| LERNER, SAMPSON & ROTHFUSS, et al., | ) |
| | ) |
|     Defendants-Appellees; | ) |
| | ) |

ON APPEAL FROM THE
UNITED STATES DISTRICT
COURT FOR THE
SOUTHERN DISTRICT OF
OHIO

BEFORE: MOORE, GIBBONS, and SUTTON, Circuit Judges.

PER CURIAM. Plaintiff-appellant Rick Slorp appeals the district court's grant of summary judgment for defendants. Slorp filed a complaint against defendants Lerner, Sampson & Rothfuss (a law firm), Bank of America, and Mortgage Electronic Registration Systems, claiming that defendants attempted to fraudulently foreclose on his home. Previously, after dismissing much of Slorp's complaint, we remanded this matter to the district court for consideration of one remaining count—namely, a civil Racketeer Influenced and Corrupt Organizations Act claim, predicated on allegations of mail and wire fraud. *Slorp v. Lerner, Sampson & Rothfuss*, 587 F. App'x 249, 264–66 (6th Cir. 2014). We cautioned, however, that Slorp's claim would "vanish" if defendant Bank of America was found to be a legitimate mortgagee. *Id*. at 264. The district court found Bank of America was a legitimate mortgagee, and we agree with its reasoning and result. For the reasons set forth in the district court's opinion, we affirm the grant of summary judgment for defendants.